**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

ARMANDO DURIGON, individually
and on behalf of all others
similarly situated,

           Plaintiffs,

v.

THE TORONTO-DOMINION BANK, et
al.,

           Defendants.

1:17-cv-1665 (NLH/JS)

**ORDER**[1]

---

JANET TUCCI, individually and
on behalf of all others
similarly situated,

           Plaintiffs,

v.

THE TORONTO-DOMINION BANK, et
al.,

           Defendants.

1:17-cv-1735 (NLH/JS)

---

**HILLMAN**, District Judge

For the reasons expressed in the Court's Opinion filed

today,

---

[1]    This Order consolidates these two related actions.  The
Court lists both case captions here as this Order will be filed
under both dockets in order to effect the consolidation and
because it resolves pending motions on both dockets.

IT IS on this ___13th___ day of _____December_____, 2017

ORDERED that Movant Ethan Silverman's motion to consolidate [Doc. No. 18 in 17-1665; Doc. No. 12 in 17-1735] is hereby **GRANTED**; and it is further

ORDERED that the action currently captioned <u>Janet Tucci v. The Toronto-Dominion Bank, et al.</u>, Civil Action No. 1:17-cv-1735 (NLH/JS) shall be consolidated with <u>Armando Durigon v. The Toronto-Dominion Bank, et al.</u>, Civil Action No. 1:17-cv-1665 (NLH/JS) for all purposes; and it is further

ORDERED that filings in the consolidated action shall be made in the 17-1665 docket; and it is further

ORDERED that filings in the consolidated action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK SECURITIES LITIGATION | 1:17-cv-1665 (NLH/JS)<br><br>**[Document Title]** |

and it is further;

ORDERED that Silverman's motion for appointment as lead plaintiff [Doc. No. 18 in 17-1665; Doc. No. 12 in 17-1735] is hereby **GRANTED**; and it is further

2

ORDERED that Silverman's motion for approval of class counsel [Doc. No. 18 in 17-1665; Doc. No. 12 in 17-1735 docket] is hereby **RESERVED** pending supplemental briefing; and it is further

ORDERED that Silverman is directed to file a supplemental brief on his motion for approval of class counsel, not to exceed fifteen double-spaced pages, specifically addressing the Court's concerns as expressed in the accompanying Opinion filed today; and it is further

ORDERED that Movants Diana Lawler, V Rao Dandamudi, and Sujata Dandamudi's motion to consolidate, for appointment as lead plaintiffs, and for approval of class counsel [Doc. No. 14 in 17-1665] is hereby **DENIED AS MOOT**; and it is further

ORDERED that Movant John Gilbert's motion to consolidate, for appointment as lead plaintiff, and for approval of class counsel [Doc. No. 17 in 17-1665] is hereby **DENIED AS MOOT**.


At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

3