Susan M. Leming
William M. Tambussi
BROWN & CONNERY, LLP
360 Haddon Avenue
PO Box 539
Westmont, NJ 08108
(856) 854-8900
sleming@brownconnery.com
wtambussi@brownconnery.com

Richard C. Pepperman, II (pro hac vice)
Matthew A. Peller (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588
peppermanr@sullcrom.com
pellerm@sullcrom.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re TORONTO-DOMINION BANK SECURITIES LITIGATION | Civil Action No. 1:17-cv-01665 (NLH)(JS)<br><br>**NOTICE OF<br>MOTION TO DISMISS** |

**PLEASE TAKE NOTICE THAT** on May 21, 2018, or on a date to be set by this Court, Defendants Toronto-Dominion Bank, Bharat Masrani, Riaz Ahmed, Colleen Johnston, Teri Currie, Leo Salom, Mike Pedersen and Mark Chauvin (collectively, "Defendants"), by their undersigned counsel, will move before the Honorable Noel L. Hillman, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an order dismissing Plaintiffs' First Amended Class Action Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely on the accompanying Memorandum of Law and Declaration of Susan M. Leming, Esquire with exhibit. A proposed order is also submitted herewith.

                    Respectfully submitted,

                    **BROWN & CONNERY, LLP**

Dated: April 16, 2018

                    s/ *Susan M. Leming*
                    Susan M. Leming
                    William M. Tambussi
                    BROWN & CONNERY, LLP
                    360 Haddon Avenue
                    PO Box 539
                    Westmont, NJ 08108
                    (856) 854-8900
                    sleming@brownconnery.com
                    wtambussi@brownconnery.com

                    Richard C. Pepperman, II (pro hac vice)
                    Matthew A. Peller (pro hac vice)
                    SULLIVAN & CROMWELL LLP
                    125 Broad Street
                    New York, NY 10004
                    Telephone: 212-558-4000
                    Facsimile: 212-558-3588
                    peppermanr@sullcrom.com
                    pellerm@sullcrom.com