**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

In re TORONTO-DOMINION BANK SECURITIES LITIGATION

Civil No. 17-1665 (NLH/JS)

**ORDER**

**HILLMAN, District Judge**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 6th day of December, 2018

**ORDERED** that Defendants' Motion to Dismiss [46] is hereby **GRANTED, IN PART**, and **DENIED, IN PART;** and it is further

**ORDERED** that Plaintiff's Motion for Leave to File a Sur-Reply, or, in the Alternative, to Strike Exhibit 1 of the Supplemental Declaration of Susan M. Leming [54] is hereby **GRANTED.**

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey