**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK SECURITIES LITIGATION | 1:17-cv-1665 (NLH/JS)<br><br>Class Action |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**PLEASE TAKE NOTICE THAT** on July 15, 2019, or on a date to be set by this Court, Lead Plaintiff Ethan Silverman and Plaintiff Mark Blumenthal (together, "Plaintiffs"), individually and on behalf of all Settlement Class Members, pursuant to Fed. R. Civ. P. 23(e), by their undersigned counsel, will and do hereby move this Honorable Court, before the Honoroable Noel L. Hillman, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, for entry of an order: (i) granting preliminary approval of the proposed Settlement; (ii) granting conditional certification of the Settlement Class with Plaintiffs as Class Representatives and Lead Counsel as Class Counsel; (iii) approving the form and manner of giving notice of the proposed Settlement to the Settlement Class; (iv) setting a date for a Settlement Fairness Hearing that is convenient for the Court, preferably in late September 2019; and (v) setting deadlines for mailing of the Notice and publishing of the Publication Notice, for Settlement Class Member objections and requests for exclusion, for the filing of Plaintiffs' motion for Final Approval of the Settlement, and for the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and compensatory awards to Plaintiffs.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Matthew L. Tuccillo, Esq. and its exhibits, which are the Stipulation of Settlement and its Exhibits A through E, all of which are filed simultaneously herewith, and other such matters and argument as the Court may consider at any hearing that might be held on this motion.

Defendants do not oppose the relief sought by this motion.

Dated: June 20, 2019                                Respectfully submitted,

**LITE DEPALMA GREENBERG, LLC**

/s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street
Suite 1201
Newark, NJ  07102
Telephone: (973) 877-3820
Facsimile: (973) 623-0858
Email:  bgreenberg@litedepalma.com
*Plaintiffs' Liaison Counsel*

**POMERANTZ LLP**
Jeremy A. Lieberman
Matthew L. Tuccillo
Jennifer Banner Sobers
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
           mltuccillo@pomlaw.com
           jbsobers@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com
*Plaintiffs' Lead Counsel*