UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK SECURITIES LITIGATION | 1:17-cv-1665 (NLH/JS)<br><br>Class Action |

**PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND COMPENSATORY AWARDS TO PLAINTIFFS**

**PLEASE TAKE NOTICE** that Lead Plaintiff Ethan Silverman and Plaintiff Mark Blumenthal (together, "Plaintiffs"), by and through their attorneys Pomerantz LLP, individually and on behalf of all Settlement Class Members, will and hereby do move this Court on October 3, 2019, at 3:30 p.m., the date and time previously set by the Honorable Noel L. Hillman, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, for an order awarding attorneys' fees in the amount of four million four hundred twelve thousand two hundred forty-nine dollars and ninety-nine cents ($4,412,249.99), awarding reimbursement of two hundred twenty-six thousand one hundred ninety-five dollars and forty-one cents ($226,195.41) in litigation expenses, and awarding thirty thousand dollars ($30,000.00) total in compensatory awards to Plaintiffs ($15,000.00 apiece).[1]

This motion is based on the accompanying Memorandum of Law, the Declaration of Matthew L. Tuccillo, Esq., the Declaration of Bruce D. Greenberg, Esq., the Declaration of Ed Barrero, the Declaration of Ethan Silverman, and the Declaration of Mark Blumenthal, all filed

---

[1] All capitalized terms used herein have the same definitions as assigned in the Stipulation of Settlement, dated June 20, 2019 (Dkt. No. 109-9) ("Stipulation").

simultaneously herewith, and all exhibits thereto, and the pleadings and records on file in this action, including, without limitation, the Stipulation and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: September 12, 2019

Respectfully submitted,

**LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street
Suite 1201
Newark, NJ 07102
Telephone: (973) 877-3820
Facsimile: (973) 623-0858
Email: bgreenberg@litedepalma.com

*Plaintiffs' Liaison Counsel*

**POMERANTZ LLP**
Jeremy A. Lieberman
Matthew L. Tuccillo
Jennifer Banner Sobers
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        mltuccillo@pomlaw.com
        jbsobers@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Plaintiffs' Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on this, the 12th day of September, 2019, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/ Bruce D. Greenberg*
                Bruce D. Greenberg